UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

IN RE:
MAXWELL CLARK
SABRINA CLARK,
       Debtor(s).                                                                                                   No. 13-23-10693 JA

## NOTICE OF FINAL HEARING ON TRUSTEE'S MOTIONS TO DISMISS

**PLEASE TAKE NOTICE** that a final hearing on the trustee's Motions to Dismiss in the above referenced cause, will be held on February 11, 2025 at the hour of 1:30 pm before the HONORABLE ROBERT H. JACOBVITZ, in the Brazos Courtroom, 5th floor of the Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd NW, Albuquerque, N.M., 87102.

Video Appearances. Parties and their counsel and witnesses may appear or appear and testify at the final hearing by Zoom video. To appear by Zoom video, a Video Request must be filed at least seven days prior to the date of the final hearing specifying who will appear by video. Parties are responsible for filing Video Requests on behalf of themselves, their counsel, and their witnesses. If a Video Request is timely filed, the Court will email the Zoom information and link to the counsel and unrepresented parties who timely filed a Video Request, who in turn are responsible for providing the Zoom information and link to the others identified in their Video Request. Requirements for Zoom video appearances and testimony are posted on the Court's website www.nmb.uscourts.gov/sites/default/files/generalchambers/zoom. Subparagraphs (a)-(j) of paragraph (c) of those requirements must be followed.

                                              TIFFANY M. CORNEJO
                                              STANDING CHAPTER 13 TRUSTEE

                                              Electronically filed/Tiffany M. Cornejo/tk
                                              Tiffany M. Cornejo
                                              625 Silver SW, Ste. 350
                                              Albuquerque, NM 87102
                                              (505) 243-1335 fax (505) 247-2709

I CERTIFY that the foregoing was electronically filed with the Court via the CM/ECF system. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing. I certify that the foregoing was mailed by first class mail to the debtor(s) and the following parties, at the addresses listed below, on January 2, 2025.

Maxwell Clark
Sabrina Clark
629 Soothing Meadows Dr NE
Rio Rancho, NM 87144-4082

/s/ Tiffanie Kelly